RECEIVED
MAY 24 2012
AT 8:30 _____M
WILLIAM T. WALSH
CLERK

Case 3:12-cv-03135-FLW-DEA   Document 1   Filed 05/24/12   Page 1 of 2 PageID: 1

Youseline Dophin
123 Reed Ave
Hamilton NJ 08610

To Whom it may concerns

On 12/24/11 Alex Cortijo came to my house unexpected with no prior talk with me. Alex Cortijo told me that he is from the College Network Company. Alex Cortijo offered me a loan for LPN to RN program. I had my boyfriend on my cell phone listened to the conversation. I told Alex Cortijo that I am in unemployement and I need a job. Alex Cortijo told me that he knows where the LPN jobs are and he will help me get a job. I clearly told Alex Cortijo that I have to be working so I can pay the loan. Alex Cortijo offered me the loan and I accepted in the condition that I will be working to pay it.

I went everywhere that he sent me but they are not hiring. I did even put the applications, but

I did not find any job. I am still in unemployment. I call the school in the 1st week of January and told them that I have no job and I can't pay the loan. I explained to the school that Alex Cortijo promessed to help me get a job which I did not find. Both the school & Alex Cortijo told me I already sign for the loan and it's not their problem. They told me that I have to pay the loan. I did try to see my son want the loan for the school my son refused. I feel like the Alex Cortijo misled to take a loan that I am not ready for. Alex Cortijo has to no jobs. Alex Cortijo does not really know about open LPN jobs which he can make sure I have a job.

Jaroslaw john